**Fill in this information to identify the case**

United States Bankruptcy Court for the:

Southern District of Texas (State)

Case number (*If known*): _____   Chapter 11

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Azure Midstream Partners, LP

**2. All other names debtor used in the last 8 years**  Marlin Midstream Partners, LP

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  46-2627595

**4. Debtor's address**

Principal place of business:
12377 Merit Drive, Suite 300
Dallas, Texas 75251
County: Dallas

Mailing address, if different from principal place of business: 

Location of principal assets, if different from principal place of business:

**5. Debtor's website** (URL)  http://www.azuremidstreampartners.com

**6. Type of debtor**
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☒ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax- entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**2111**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

   ☐ Debtors' aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes   District _____   When _____   Case number _____
                                         MM/ DD/ YYYY
         District _____   When _____   Case number _____
                                         MM / DD/ YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes   Debtor    See attached Schedule 1    Relationship   Affiliates
        District  Southern District of Texas  When          1/30/2017
        Case number, if known _____                    MM / DD/ YYYY

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
Number    Street

_____
City                State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact Name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☒ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☒ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☒ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor __Azure Midstream Partners, LP_____  Case number (if known)_____
      Name

### Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __1/30/2017__
             MM / DD / YYYY

× __/s/ I.J. Berthelot, II_____   __I.J. Berthelot, II_____
   Signature of authorized representative of debtor   Printed name

   __President_____
   Title

**18. Signature of attorney**

× __/s/ Christopher M. López_____   Date  __1/30/2017__
   Signature of attorney for debtor                    MM / DD / YYYY

   __Christopher M. López_____
   Printed Name

   __Weil, Gotshal & Manges LLP_____
   Firm Name

   __700 Louisiana Street, Suite 1700_____
   Number       Street

   __Houston_____   __Texas_____   __77002_____
   City                             State                   ZIP Code

   __(713) 546-5000_____   __chris.lopez@weil.com_____
   Contact phone                     Email address

   __24041356_____   __Texas_____
   Bar Number                        State

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| **AZURE MIDSTREAM PARTNERS, LP,** | § § § § | Case No. 17-[_____] (___) |
| | § § | **Joint Administration Requested** |
| Debtor. | § § § | |

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is <u>001-36018</u>.

2. The following financial data is the latest available information and refers to the debtor's condition on <u>September 30, 2016</u>.

   a. Total assets                                                <u>approx. $375,531,000</u>

   b. Total debts (including debts listed in 2.c., below)          <u>approx. $179,381,000</u>

   c. Debt securities held by more than 500 holders

                                                                                  Approximate number of holders:

   secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____   _____

   d. Number of shares of preferred stock:           _____

   e. Number of shares common stock                  <u>11,284,341</u>

   Comments, if any: _____
   _____
   _____

3. Brief description of debtor's business: Azure Midstream Partners, LP is a fee-based, growth-oriented limited partnership formed to develop, operate, and acquire midstream energy assets. Azure, which maintains substantial business operations and offices in Katy, Texas, provides natural gas gathering, transportation, and processing services as well as natural gas liquid transportation and crude oil logistics services throughout Texas, Louisiana, Utah, New Mexico, and Wyoming.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: N/A

**Schedule 1**

Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas. The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| COMPANY |
| --- |
| Azure Midstream Partners, LP |
| Azure ETG, LLC |
| Azure Holdings GP, LLC |
| Azure Midstream Partners GP, LLC |
| Azure TGG, LLC |
| Marlin G&P I, LLC |
| Marlin Logistics, LLC |
| Marlin Midstream Finance Corp. |
| Marlin Midstream, LLC |
| Murvaul Gas Gathering, LLC |
| Talco Midstream Assets, Ltd. |
| Turkey Creek Pipeline LLC |

## AZURE MIDSTREAM PARTNERS GP, LLC

### SECRETARY'S CERTIFICATE

January 29, 2017

The undersigned Secretary of Azure Midstream Partners GP, LLC, a Delaware limited liability company (the "**General Partner**"), hereby certifies on behalf of the General Partner, in such capacity and not individually and without assuming any personal liability, that attached hereto as Exhibit A is a true, correct and complete copy of the resolutions adopted by the board of directors (the "**Board**") of the General Partner, acting in its capacity as the general partner of Azure Midstream Partners LP, a Delaware limited partnership, and on its own behalf, at a special telephonic meeting of the Board held on January 29, 2017.

**IN WITNESS WHEREOF**, the undersigned has executed this Secretary's Certificate to be effective as of the date first above written.

AZURE MIDSTREAM PARTNERS GP, LLC

By: *[signature]*
Name: Roy E. Bertolatus
Title: Secretary

# EXHIBIT A

## Resolutions Adopted By the Board of Directors
## of
## Azure Midstream Partners GP, LLC

*Attached hereto*

**RESOLUTIONS
OF
THE BOARD OF DIRECTORS
OF
AZURE MIDSTREAM PARTNERS GP, LLC
IN ITS CAPACITY AS GENERAL PARTNER
OF
AZURE MIDSTREAM PARTNERS, LP
AND ON ITS OWN BEHALF**

Effective as of this 29th day of January, 2017, pursuant to a special telephonic meeting on the same date, the members constituting at least a majority of the votes of a quorum of the board of directors (the "**Board**") of Azure Midstream Partners GP, LLC (the "**General Partner**"), a Delaware limited liability company, in its capacity as general partner of Azure Midstream Partners LP, a Delaware master limited partnership (the "**Partnership**") and on its own behalf, upon a motion duly made and seconded and acting pursuant to the General Partner's organizational documents, took the following actions and adopted the following resolutions:

**WHEREAS**, the Board believes that, after consultation with the management and the legal and financial advisors of the Partnership regarding the liabilities and liquidity of the Partnership and the General Partner, the strategic alternatives available to it, the impact of the foregoing on the Partnership and the General Partner's respective businesses, authorizing the Partnership and the General Partner to file a petition seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Chapter 11 Case**"), in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**");

**WHEREAS**, the Board has had the adequate opportunity to consult with the management and the legal and financial advisors of the Partnership to fully consider each of the strategic alternatives available to the Partnership and the General Partner; and

**WHEREAS**, the Board desires to approve the following resolutions.

I.   <u>Commencement of Chapter 11 Case</u>

**NOW, THEREFORE, BE IT RESOLVED**, that each of the Chief Executive Officer, Chief Financial Officer, or any other officer of the General Partner (each, an "**Authorized Officer**") in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to execute and file in the name and on behalf of the General Partner, in its capacity as general partner of the Partnership and on its own behalf, all petitions, schedules, motions, lists, applications, pleadings, notices, certifications and other papers in the Bankruptcy Court, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, restructuring advisors, financial advisors, investment bankers and other professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with the Chapter 11 Case, including, without limitation, negotiating, executing, delivering and performing any and all documents, agreements, certificates and/or instruments in connection with the transactions and professional

retentions set forth in this resolution, with a view to the successful prosecution of the Chapter 11 Case;

II. **Retention of Advisors**

**FURTHER RESOLVED**, that the firm of Evercore Group L.L.C. is hereby retained as financial advisor for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

**FURTHER RESOLVED**, that the firm of Alvarez & Marsal North America, LLC is hereby retained as restructuring advisor for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

**FURTHER RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP is hereby retained as counsel to the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

**FURTHER RESOLVED**, that the law firm of Vinson & Elkins LLP is hereby retained as corporate counsel to the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

**FURTHER RESOLVED**, that the firm of Kurtzman Carson Consultants LLC is hereby retained as claims, noticing and solicitation agent for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

III. **General Authorization and Ratification of Past Actions**

**FURTHER RESOLVED**, that any Authorized Officer is authorized, in the name and on behalf of the General Partner, in its capacity as general partner of the Partnership and on its own behalf, to cause the Partnership and the General Partner to do and perform, or cause to be done and performed, any and all such acts, deeds and things, to make, execute and deliver, or cause to be made, executed and delivered, any and all documents and to take any and all actions as may be necessary or in their opinion desirable to implement or carry into effect the intent and purpose of (a) the foregoing resolutions, or (b) any other action on behalf of the Partnership and the General Partner in furtherance of, or related to, the obligations listed herein, including, without limitation, executing and delivering, and causing the performance by the Partnership and the General Partner of their respective obligations under, any agreement or document referred to herein; and the execution by any such Authorized Officer of any such document or the taking of any such other action by or at the direction of any such Authorized Officer shall conclusively establish and evidence (i) their making any determination required by the foregoing resolutions as to the necessity or advisability of any particular agreement or action and (ii) their authority therefor;

**FURTHER RESOLVED**, that the Authorized Officers are authorized, in the name and on behalf of the General Partner, in its capacity as general partner of the Partnership and on its own behalf, to secure the payment and performance of any post-petition financing by (i) pledging or granting liens or mortgages on, or security interests in all or any portion of the Partnership's assets and (ii) entering into or causing to be entered into such security

2

agreements, pledge agreements, control agreements, inter-creditors agreements, mortgages, deeds of trust, and other agreements as are necessary, appropriate or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, this resolution in such form, covering such collateral and having such other terms and conditions as are approved or deemed necessary, appropriate, or desirable by the officer executing the same, the execution thereof by such officer to be conclusive evidence of such approval or determination;

**FURTHER RESOLVED**, that, to the extent the General Partner or Partnership serves as (i) the sole member, (ii) general partner, (iii) manager, (iv) managing member, (v) member, or (vi) other governing body (collectively, a "**Controlling Company**"), in each case, of any subsidiary or affiliate of the General Partner or Partnership (a "**Controlled Company**"), each Authorized Officer, any one of whom may act without the joinder of any of the others, is hereby authorized, empowered and directed in the name and on behalf of such Controlling Company (acting for such Controlled Company in the capacity set forth above), to (i) authorize such Controlled Company to take any action that the General Partner and/or Partnership is authorized to take hereunder and/or (ii) take all of the actions on behalf of such Controlled Company that an Authorized Officer is herein authorized to take on behalf of the Partnership, General Partner or such Controlling Company; and

**FURTHER RESOLVED**, that any and all actions taken by any Authorized Officer or the directors of the General Partner in the name and on behalf of the General Partner, in its capacity as general partner of the Partnership and on its own behalf, prior to the date of these resolutions that would have been authorized by these resolutions but for the fact that such actions were taken prior to the date of these resolutions be, and hereby are, authorized, ratified, confirmed, adopted and approved in all respects as the acts and deeds of the Partnership or the General Partner, as applicable.

\*\*\*\*

| Fill in this information to identify the case: |
|---|
| Debtor Name      Azure Midstream Partners, LP, *et al.* |
| United States Bankruptcy Court for the: Southern District of Texas<br>                                                                                (State) |
| Case number (if known): _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                                                                 12/15

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BP America Production Company<br>521 South Boston,<br>Ste 1119-A<br>Tulsa, OK 74103 | Attn: Mark L. King<br>Tele: 281-366-0392<br>Fax: 281-366-4519<br>Email: mark.king2@bp.com | Trade Payable | Unliquidated | | | $575,756* |
| 2 | Indigo Resources LLC<br>600 Travis Street Suite 5500<br>Houston, TX 77002 | Attn: Becky Bayless, CFO & EVP<br>Tele: 713-237-5000<br>Fax: 713-237-5040<br>Email: | Trade Payable | Unliquidated | | | $429,868* |
| 3 | Enerflex Energy Systems Inc.<br>10815 Telge Road<br>Houston, TX 77095 | Attn: Marc Rossiter President, USA<br>Tele: 281-345-9300<br>Fax: 281-345-7434<br>Email: info@enerflex.com | Trade Payable | | | | $179,668.04 |
| 4 | Enduro Operating LLC<br>777 Main St Ste 800<br>Fort Worth, TX 76102-5350 | Attn: Jon S. Brumley, CEO<br>Tele: 817-744-8200<br>Fax: 817-529-8450<br>Email: | Trade Payable | Unliquidated | | | $146,195* |
| 5 | Valence Operating Company<br>600 Rockmead Dr Suite 200<br>Kingwood, TX 77339 | Attn: Douglas Scherr, CFO<br>Tele: 281-359-3659<br>Fax: 281-358-5333<br>Email: | Trade Payable | Unliquidated | | | $139,030* |
| 6 | Bishop Petroleum Inc<br>5900 Memorial Dr. Ste 216B<br>Houston, TX 77007-8008 | Attn: Robert H Bishop, President<br>Tele: 713-862-4775<br>Fax: 713-439-0735<br>Email: | Trade Payable | Unliquidated | | | $137,898* |

*Estimated trade payable as of the petition date.

Official Form 204      Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims                        page 1

| Debtor | Azure Midstream Partners, LP, *et al.* | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br><br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 7 | TDW Services Inc<br>1444 N Cockrell Hill Rd.<br>Ste 105<br>Dallas, TX 75211 | Attn: Robert McGrew, CEO<br>Tele: 214-467-8113<br>Fax: 918-446-6327<br>Email: | Trade Payable | | | | $94,790.37 |
| 8 | R. Lacy Services, Ltd.<br>222 East Tyler Street<br>P.O. Box 2146<br>Longview, TX 75606 | Attn: Plez Henderson, Vice President<br>Tele: 903-233-4601<br>Fax: 903-758-5098<br>Email: mcherry@rlacy.com | Trade Payable | Unliquidated | | | $89,663* |
| 9 | Continental Operating CO<br>9805 Katy Freeway, Suite 500<br>Houston, TX 77024 | Attn: Greg Mitschke<br>Tele: 713-209-1110<br>Fax: 713-591-0207<br>Email: info@continentaloperating.com | Trade Payable | Unliquidated | | | $66,628* |
| 10 | Maximus Operating LTD<br>1601 E Whaley St<br>Longview, TX 75601 | Attn: James R. Wright, President<br>Tele: 903-753-0941<br>Fax: 903-753-2644<br>Email: | Trade Payable | Unliquidated | | | $61,901* |
| 11 | Wagon Wheel Arklatex, LLC<br>100 South Riverfront Drive Suite 600<br>Jenks, OK 74037 | Attn: Chris Benton, CFO<br>Tele: 918- 528-1060<br>Fax: 918-528-1061<br>Email: corporate@wagonwheelexp.com | Trade Payable | Unliquidated | | | $53,411* |
| 12 | Kinder Morgan Tejas Pipeline LLC<br>500 Dallas<br>Suite 1000<br>Houston, TX 77002 | Attn: Rick Dietz, Contract Administration<br>Tele: 713-369-9419<br>Fax: 713-230-5675<br>Email: rick_dietz@kindermorgan.com | Trade Payable | Unliquidated | | | $49,892* |
| 13 | Memorial Production Partners LP<br>500 Dallas St Suite 1600<br>Houston, TX 77002 | Attn: Director or Officer<br>Tele: 713-490-8900<br>Fax: 713-490-8901<br>Email: info@memorialpp.com | Trade Payable | Unliquidated | | | $41,516* |
| 14 | Endeavor Pipeline Inc<br>9400 North Broadway, Suite 600<br>Oklahoma City, OK 73114 | Attn: David Donnell<br>Tele: 405-600-0711<br>Fax: 405-600-0600<br>Email: | Trade Payable | Unliquidated | | | $38,849* |
| 15 | Enable Gas Transmission, LLC<br>One Leadership Square<br>211 N Robinson Ave., Suite 150<br>Oklahoma City, OK 73102 | Attn: Scott Terbrock<br>Tele: 713-207-5842<br>Fax: 713-207-4898<br>Email: mark.schroeder@enablemidstream.com | Trade Payable | Unliquidated | | | $36,217* |
| 16 | Waukesha-Pearce Industries, Inc<br>12320 S Main Street<br>Houston, TX 77035 | Attn: Louis M. Pearce, III President<br>Tele: 713-723-1050<br>Fax: 713-551-0798<br>Email: | Trade Payable | | | | $35,113.11 |
| 17 | Wilcox Operating Corporation<br>5220 Hollywood Ave<br>Shreveport, LA 71109-7717 | Attn: Mark F. Preddy, Sr. ,President<br>Tele: 903-472-5411<br>Fax: 318-868-1903<br>Email: | Trade Payable | Unliquidated | | | $33,505* |
| 18 | 31 Energy Services LLC<br>7136 FM 31 South<br>Carthage, TX 75633 | Attn: Director or Officer<br>Tele: 903-622-4180<br>Fax: 903-622-4190<br>Email: | Trade Payable | | | | $33,104.25 |

*Estimated trade payable as of the petition date.

| Debtor | Azure Midstream Partners, LP, *et al.* | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 19 | Kaiser-Francis Oil Company<br>6733 South Yale Avenue<br>Tulsa, OK 74136 | Attn: Don Millican CFO<br>Tele: 918-494-0000<br>Fax: 918-491-4694<br>Email: | Trade Payable | Unliquidated | | | $26,549* |
| 20 | BHB Oil INC<br>113 N. Kerley Ave<br>Oil City, LA 71061 | Attn: Mark Wooldridge Gyron, President<br>Tele: 830-992-0836; 318-995-6279<br>Fax: 318-995-5466<br>Email: gmwool@cmaaccess.com | Trade Payable | Unliquidated | | | $26,274* |
| 21 | NuStar Logistics, L.P.<br>19003 IH-10 West<br>San Antonio, TX 78257 | Attn: Brad Barron, President & CEO<br>Tele: 210-918-2000<br>Fax: 210-918-5057<br>Email: | Trade Payable | | | | $26,039.52 |
| 22 | Comstock Oil & Gas, LP<br>5300 Town & Country Blvd #500<br>Frisco, TX 75034 | Attn: Jay Allison, CEO<br>Tele: 972- 668-8800<br>Fax: 972-668-8812<br>Email: jallison@comstockresources.com | Trade Payable | Unliquidated | | | $25,951* |
| 23 | Dominion Gas Ventures LP<br>2720 Stemmons Freeway Suite 700<br>South Tower<br>Dallas, TX 75207 | Attn: Luciean Tujague<br>Tele: 214-630-0088<br>Fax: 214-630-0099<br>Email: | Trade Payable | Unliquidated | | | $24,385* |
| 24 | Peak Energy Corp<br>1800 Preston Park Blvd<br>Suite 112<br>Plano, TX 75093 | Attn: H Douglas<br>Tele: 972-596-1443<br>Fax: 972-596-1713<br>Email: | Trade Payable | Unliquidated | | | $22,369* |
| 25 | Coastal Chemical Co LLC<br>3520 Veterans Memorial Drive<br>Abbeville, LA 70510 | Attn: James Doyle Sr., President<br>Tele: 337-892-1112<br>Fax: 337-892-1185<br>Email: cranalletta@brenatog.com | Trade Payable | | | | $20,293.64 |
| 26 | LATX Operations, LLC<br>13927 E US Highway 80<br>Waskom, TX 75692 | Attn: Jonathan St. Amant and Derek St. Amant<br>Tele: 903-927-1446<br>Fax: 903-938-8127<br>Email: | Trade Payable | | | | $19,876.64 |
| 27 | RMW Construction<br>1135 S I-20 SERVICE RD W<br>Waskom, TX 75692 | Attn: Director or Officer<br>Tele: 903-687-2585<br>Fax: 903-687-2575<br>Email: rmwconstruction@live.com | Trade Payable | | | | $18,777.30 |
| 28 | Basa Resources Inc<br>14875 Landmark Blvd - 4Th Floor<br>Dallas, TX 75254 | Attn: Michael N. Foster Jr., President<br>Tele: 214-559-4200<br>Fax: 214-528-1988<br>Email: info@basaresources.com | Trade Payable | Unliquidated | | | $17,454* |
| 29 | EOG Resources, INC.<br>1111 Bagby, Sky Lobby 2<br>Houston, TX 77002 | Attn: Gary L. Thomas, President & COO<br>Tele: 713-651-7000<br>Fax: 713-651-6995<br>Email: | Trade Payable | Unliquidated | | | $17,305* |
| 30 | Crimson Exploration Operating Inc<br>717 Texas Street,<br>Suite 2900<br>Houston, TX 77002 | Attn: Allan D. Keel, President & CEO<br>Tele: 713-236-7400<br>Fax: 713-236-4424<br>Email: | Trade Payable | Unliquidated | | | $14,696* |

*Estimated trade payable as of the petition date.

**Fill in this information to identify the case and this filing:**

Debtor Name  Azure Midstream Partners, LP, *et al.*

United States Bankruptcy Court for the Southern District of Texas
(State)

Case number (If known): _____

Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors** 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ____

☑ Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/30/2017            x  /s/ I.J. Berthelot, II
MM/DD/YYYY                          Signature of individual signing on behalf of debtor

                                    I.J. Berthelot, II
                                    Printed name

                                    President
                                    Position or relationship to debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| AZURE MIDSTREAM PARTNERS, LP, | § § § § | Case No. 17-[_____] (___) Joint Administration Requested |
| Debtor. | § § § | |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, attached hereto as **Exhibit A** is an organizational chart reflecting all of the ownership interests in Azure Midstream Partners, LP ("**Azure**") and certain of its debtor subsidiaries and affiliates, as debtors and debtors in possession in the above captioned chapter 11 cases (collectively, the "**Debtors**"). Azure, on behalf of itself and the Debtors, respectfully represents the following:

1. Each Debtor listed in **Exhibit A** is 100% owned by its direct parent unless otherwise noted.

2. Non-Debtor Azure Midstream Energy, LLC ("**AME**") beneficially owns 100% of the membership interests of the Azure Midstream Partners GP, LLC (the "**General Partner**"), as its sole member. Non-Debtor Azure Midstream Holdings, LLC, in turn, beneficially owns 100% of the membership interests in AME.

3. Azure is the ultimate parent company of each of the other Debtors excluding the General Partner (collectively, the "**Azure Subsidiaries**"), and beneficially owns, directly or indirectly, a 100% equity interest in each of the Azure Subsidiaries.

4. Azure is a publicly traded master limited partnership. As of September 30, 2016 no corporations, as defined in title 11 of the United States Code, directly or indirectly owned more than

10% of Azure's common units. 100% of the outstanding subordinated units are owned by Azure itself in treasury. AME owns 100% of the outstanding Incentive Distribution Rights Units of Azure, which entitle the holder to cash distributions from operating surplus after certain distributions to common or general partner units have been achieved.

# Exhibit A

## Organizational Chart

**Azure Midstream Partners, LP *et al.* Organizational Structure**



**Fill in this information to identify the case and this filing:**

Debtor Name   Azure Midstream Partners, LP

United States Bankruptcy Court for the Southern District of  Texas
(State)

Case number (If known): _____

Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors**   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑ Other document that requires a declaration  Consolidated Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on  1/30/2017 | ✗ | /s/ I.J. Berthelot, II |
|---|---|---|
| MM / DD / YYYY | | Signature of individual signing on behalf of debtor |
| | | I.J. Berthelot, II |
| | | Printed name |
| | | President |
| | | Position or relationship to debtor |