

ENTERED
01/31/2017

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| AZURE MIDSTREAM PARTNERS, LP, | § | Case No. 17-[ 30461 ] (___) |
| | § | |
| Debtor. | § | |
| Tax I.D. No. 46-2627595 | § | |
| IN RE: | § | Chapter 11 |
| | § | |
| AZURE ETG, LLC, | § | Case No. 17-[ 30470 ] (___) |
| | § | |
| Debtor. | § | |
| Tax I.D. No. 27-0633388 | § | |
| IN RE: | § | Chapter 11 |
| | § | |
| AZURE HOLDINGS GP, LLC, | § | Case No. 17-[ 30469 ] (___) |
| | § | |
| Debtor. | § | |
| Tax I.D. No. 35-2530537 | § | |
| IN RE: | § | Chapter 11 |
| | § | |
| AZURE MIDSTREAM PARTNERS GP, LLC, | § | Case No. 17-[ 30464 ] (___) |
| | § | |
| Debtor. | § | |
| Tax I.D. No. 90-0968089 | § | |

| | | |
|---|---|---|
| **IN RE:** | § | Chapter 11 |
| **AZURE TGG, LLC,** | § | Case No. 17-[ 30471 ] (___) |
| Debtor. | § | |
| Tax I.D. No. 35-2526233 | § | |
| **IN RE:** | § | Chapter 11 |
| **MARLIN G&P I, LLC,** | § | Case No. 17-[ 30467 ] (___) |
| Debtor. | § | |
| Tax I.D. No. 20-2136073 | § | |
| **IN RE:** | § | Chapter 11 |
| **MARLIN LOGISTICS, LLC,** | § | Case No. 17-[ 30466 ] (___) |
| Debtor. | § | |
| Tax I.D. No. 27-3368460 | § | |
| **IN RE:** | § | Chapter 11 |
| **MARLIN MIDSTREAM FINANCE CORPORATION,** | § | Case No. 17-[ 30472 ] (___) |
| Debtor. | § | |
| Tax I.D. No. 47-3470130 | § | |
| **IN RE:** | § | Chapter 11 |
| **MARLIN MIDSTREAM, LLC,** | § | Case No. 17-[ 30465 ] (___) |
| Debtor. | § | |
| Tax I.D. No. 20-0262587 | § | |

| | | |
|---|---|---|
| IN RE: § | | **Chapter 11** |
| § | | |
| **MURVAUL GAS** § | | **Case No. 17-[ 30473 ] (___)** |
| **GATHERING, LLC,** § | | |
| § | | |
| Debtor. § | | |
| § | | |
| Tax I.D. No. 20-2020826 § | | |
| IN RE: § | | **Chapter 11** |
| § | | |
| **TALCO MIDSTREAM** § | | **Case No. 17-[ 30474 ] (___)** |
| **ASSETS, LTD.,** § | | |
| § | | |
| Debtor. § | | |
| § | | |
| Tax I.D. No. 75-2957004 § | | |
| IN RE: § | | **Chapter 11** |
| § | | |
| **TURKEY CREEK** § | | **Case No. 17-[ 30475 ] (___)** |
| **PIPELINE, LLC,** § | | |
| § | | |
| Debtor. § | | |
| § | | |
| Tax I.D. No. 30-0331161 § | | |

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b) AND BANKRUPTCY LOCAL RULE 1015-1**

(Docket No. 3)

Upon the motion, dated January 30, 2017 (the "**Motion**"),[1] of Azure Midstream Partners, LP, its subsidiaries, and certain affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), for an order directing joint administration of their chapter 11 cases pursuant to Bankruptcy Rule 1015(b) and Bankruptcy

---

[1] All capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to such terms in the Motion.

3

Local Rule 1015–1, as more fully set forth in the Motion; and upon consideration of the Mosely Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue is allowed before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 17-_30461_ ( DRJ ). Additionally, the following checked items are ordered:

    ☒ One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

    ☒ Case No. 17-_____ (higher case number) shall be transferred to Judge _____, who has the lower numbered case.

    ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

    ☒ Other: See below.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases. The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **AZURE MIDSTREAM** | § | **Case No. 17-** 30461  ( DRJ**)** |
| **PARTNERS, LP,** *et al.*, | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Azure Midstream Partners, LP (7595), Azure ETG, LLC. (3388), Azure Holdings GP, LLC (0537), Azure Midstream Partners GP, LLC (8089), Azure TGG, LLC (6233), Marlin G&P I, LLC (6073), Marlin Logistics, LLC (8460), Marlin Midstream Finance Corp. (0130), Marlin Midstream, LLC (2587), Murvaul Gas Gathering, LLC (0826), Talco Midstream Assets, Ltd. (7004), and Turkey Creek Pipeline, LLC (1161). The Debtors' principal offices are located at 12377 Merit Drive, Suite 300, Dallas, Texas 75251.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry shall be made in each of the above-captioned cases (except the chapter 11 case of Azure) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Azure Midstream Partners, LP, *et al.* The docket in Case No. 17- 30461  ( DRJ ) should be consulted for all matters affecting this case.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

5

7. The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

**Signed: January 31, 2017**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**