IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **AZURE MIDSTREAM** | § | Case No. 17-30461 (DRJ) |
| **PARTNERS, LP,** *et al.*, | § | |
| | § | (Jointly Administered) |
| | § | |
| Debtors.[1] | § | |

## NOTICE OF FINAL HEARING ON FIRST DAY MOTIONS

PLEASE TAKE NOTICE that the following motions (the "**Motions**") are scheduled for final hearing on **February 23, 2017 at 1:30 p.m. (Central Time)** before the Honorable David R. Jones at the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"), Courtroom 400, 515 Rusk Avenue, Houston, Texas 77002:

- Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Lenders; and (III) Scheduling Final Hearing (Docket No. 5); and

- Emergency Motion of Debtors for Interim and Final Orders Authorizing the Debtors to Pay Prepetition Claims in the Ordinary Course of Business (Docket No. 8).

PLEASE TAKE FURTHER NOTICE that any objections to the Motions must be filed with the Bankruptcy Court on or before February 17, 2017.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Azure Midstream Partners, LP (7595), Azure ETG, LLC (3388), Azure Holdings GP, LLC (0537), Azure Midstream Partners GP, LLC (8089), Azure TGG, LLC (6233), Marlin G&P I, LLC (6073), Marlin Logistics, LLC (8460), Marlin Midstream Finance Corp. (0130), Marlin Midstream, LLC (2587), Murvaul Gas Gathering, LLC (0826), Talco Midstream Assets, Ltd. (7004), and Turkey Creek Pipeline, LLC (1161).

PLEASE TAKE FURTHER NOTICE that copies of the Motions, interim orders approving the Motions, and all documents filed in these chapter 11 cases are available free of charge by visiting http://www.kccllc.net/azuremlp. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: February 2, 2017
       Houston, Texas

/s/ Christopher M. López
Christopher M. López (24041356)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email: chris.lopez@weil.com

-and-

Gary T. Holtzer (*pro hac vice*)
Robert J. Lemons (*pro hac vice*)
Charles M. Persons (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  gary.holtzer@weil.com
Email:  charles.persons@weil.com

*Proposed Attorneys for the Debtors
and Debtors in Possession*

2

**Certificate of Service**

      I hereby certify that on February 2, 2017, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                              */s/ Christopher M. Lopez*
                                              Christopher M. López