# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **AZURE MIDSTREAM PARTNERS, LP,** *ET AL.*, | Case No. 17-30461 (DRJ) |
| | Jointly Administered |
| Debtors.[1] | |

## NOTICE OF OCCURRENCE OF THE EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on May 19, 2017 (the "**Confirmation Date**"), the Bankruptcy Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Debtors' Fifth Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the United States Bankruptcy Code* [Docket No. 308] (the "**Confirmation Order**") which confirmed the *Debtors' Fifth Amended Joint Plan of Liquidation* [Docket No. 309] (the "**Plan**").[2]

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **June 2, 2017**.

**PLEASE TAKE FURTHER NOTICE** that unless an earlier date is otherwise provided for by a Final Order of the Bankruptcy Court, all Proofs of Claim based on the rejection of the Debtors' Executory Contracts or Unexpired Leases, pursuant to the Plan or otherwise, must be filed with the Bankruptcy Court and served on the Clerk of the Court and the Plan Administrator no later than twenty-one (21) days after the Confirmation Date.

**PLEASE TAKE FURTHER NOTICE** that except as otherwise provided by a Final Order of the Bankruptcy Court (including the Bar Date Order) or by Section 2.2 of the Plan, requests for payment of Administrative Expense Claims, other than requests for payment of Fee Claims, must be filed and served on the Debtors no later than the first Business Day that is thirty (30) days following the Effective Date.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Azure Midstream Partners, LP (7595), Azure ETG, LLC (3388), Azure Holdings GP, LLC (0537), Azure Midstream Partners GP, LLC (8089), Azure TGG, LLC (6233), Marlin G&P I, LLC (6073), Marlin Logistics, LLC (8460), Marlin Midstream Finance Corp. (0130), Marlin Midstream, LLC (2587), Murvaul Gas Gathering, LLC (0826), Talco Midstream Assets, Ltd. (7004), and Turkey Creek Pipeline, LLC (1161).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that all entities seeking an award by the Bankruptcy Court of Fee Claims must file their respective final applications for allowance of compensation for services rendered and reimbursement of expenses incurred by the date that is forty-five (45) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bar Date Order, all governmental units (as defined in section 101(27) of the Bankruptcy Code) asserting Claims against one or more of the Debtors must file Proofs of Claim evincing such Claims on or before July 31, 2017.

**PLEASE TAKE FURTHER NOTICE** that from and after the Effective Date, if you wish to receive notice of filings in this case, you must file a request for such notice with the Clerk of the Court and serve a copy of such notice on counsel to the Debtors, listed below.

**PLEASE TAKE FURTHER NOTICE** that if you would like to obtain a copy of the Disclosure Statement, the Plan, the Plan Supplement, the Confirmation Order, or related documents, you should contact the claims and noticing agent retained by the Debtors, Kurtzman Carson Consultants LLC (the "**Claims and Noticing Agent**"), by (a) calling the Debtors' restructuring information line at (888) 733-1434 or, if calling from outside the United States or Canada, at (310) 751-2633; (b) visiting the Debtors' restructuring website at http://www.kccllc.net/azuremlp; (c) writing to the Claims and Noticing Agent, Attn: Azure Midstream Partners, LP, Ballot Processing Center, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245; and/or (d) emailing azureballots@kcc.com.  You may also obtain copies of any pleadings filed in the Chapter 11 Cases for a fee via PACER at: http://www.txs.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding upon the Debtors, the Plan Administrator, any and all holders of Claims or Interests (regardless of whether such Claims or Interests are deemed to have accepted or rejected the Plan), all entities that are parties to or are subject to the settlements, compromises, releases, exculpations, and injunctions described in the Plan, any entity acquiring property under the Plan or the Confirmation Order, and any all and all non-debtor parties to Executory Contracts and Unexpired Leases with the Debtors.  All Claims shall be fixed, adjusted, or compromised, as applicable, pursuant to the Plan regardless of whether any holder of a Claim has voted on the Plan.

Dated: June 2, 2017
      Houston, Texas

        */s/ Christopher M. Lopez*
Christopher M. López (24041356)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  chris.lopez@weil.com

-and-

Gary T. Holtzer (admitted *pro hac vice*)
Robert J. Lemons (admitted *pro hac vice*)
Charles M. Persons (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  gary.holtzer@weil.com
Email:   robert.lemons@weil.com
Email:  charles.persons@weil.com

*Attorneys for the Debtors and Debtors in Possession*

## Certificate of Service

I hereby certify that on June 2, 2017, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

    */s/ Christopher M. Lopez*
    Christopher M. López